# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MERION REALTY MANAGEMENT L.L.C.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | | CA 10-0466-CG-B |
| | : | |
| **JACOB HENRY,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 19, 2010 (Doc. 19), is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 9th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The court construes Doc. 22 to be an objection to the Report and Recommendation.